IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION



FILED
RICHARD W. NAGEL
CLERK OF COURT

2019 FEB 22 PM 2:23

| | | |
|---|---|---|
| OLIVER RANDY, | : | CASE NO. 2:19cv619 |
| Plaintiff, Pro Se, | : | |
| v. | : | DEPT NO.: |
| DAVID GRAY, Warden, | | |
| MARY POTTER, Deputy Warden, SS, | : | HONORABLE JUDGE  Judge Marbley |
| TRISH BOSLEY, Correctional Officer, | : | MAGISTRATE JUDGE JOLSON |
| JEFFREY A. BURGER, CHAPLIN, | : | **COMPLAINT** |
| SUNNI, IMAM, (AKA) Religious Service | : | 1983-1331, 1343(A)(3); 28 U.S.C. SECTION 2201, 2202, 2283, 2284 AND RULE 65 of THE FEDERAL RULES OF CIVIL PROCEDURE |
| Defendant's. et, al; In Individual and official Capacity | : | <u>Violation of Religious Rights</u> |

REQUEST FOR INJUCTIONS

PRELIMINARY and PERMANENT

1) Plaintiff respectfully moves this Honorable Court pursuant to Civil R. 65; to protect his rights while waiting on a determination by this court on such styled complaint.

2) Plaintiff requests this court to order defendants to allow him to practice his religion, and stop the denial of him practicing his Islamic faith.

3) For such reasons plaintiff request a preliminary junction and a permanent injunction.

Respectfully submitted,

Randy Oliver #A702-195
Mansfield Correctional Institution
P.O. Box 788
Mansfield Ohio 44901-0788

## CERTIFICATE OF SERVICE

I hereby state that the forgoing request for preliminary junction and a permanent injunction against:

6) David Gray, Warden, P.O. Box 540 St. Clairsville, Ohio 43950

7) Mary Potter, Deputy Warden, SS, P.O. Box 540 St. Clairsville, Ohio 43950

8) Trish Bosley, Correctional Officer, P.O. Box 540 St. Clairsville, Ohio 43950

9) Jeffery Burger, Chaplin, P.O. Box 540 St. Clairsville, Ohio 43950

10) Sunni Imam, (AKA) Religious Service, P.O. Box 540 St. Clairsville, Ohio 43950

Was placed in the prison mail box on this Feb day of 15th 2019. and sent to all parties Involved in this instant complete. VIA United States District Court of Ohio for the Southern District of Ohio Eastern Division, Federal Building Court House, 85 Marconi Blvd. Rm. 121; Columbus and that all copy's was sent in the guidelines of the court.

Respectfully submitted,

Randy Oliver #A702-195
Mansfield Correctional Institution
P.O. Box 788
Mansfield Ohio 44901-0788