Randy [redacted]
M.A.N.C.I
1150 North Main Street.
Mansfield, Ohio - 44903

INMATE OF
MANSFIELD CORRECTIONAL
INSTITUTION



U.S. POSTAGE >> PITNEY BOWES
ZIP 44903  $ 002.65
02 4W
0000342015 FEB. 19 2019

U.S District Court
Southern District of Ohio
Joseph P. Kinneary U.S Courthouse
85 Marconi Blvd, Room 121
Columbus, Ohio - 43215