**Offender Detail** - Ohio Department of Rehabilitation and Correction

| | RANDY A OLIVER | |
|---|---|---|
| **Number** | A702195 |  |
| **DOB** | ▮▮▮ 1982 | |
| **Gender** | Male | |
| **Race** | Black | |
| **Admission Date** | 09/21/2017 | |
| **Institution** | Mansfield Correctional Institution | |
| **Status** | RELEASED | |

## Offense Information

**OMV ALCOHOL/DRUGS**     **Counts:** 1    **ORC:** 4511.19 5

**County:** Cuyahoga    **Admin Date:** 09/21/2017    **Degree of Felony:** Third

## Sentence Information

**Stated Prison Term** 2 years
**Expiration Stated Term** 03/17/2019
**Actual Release Date** 03/17/2019
**JR 80% Date** 02/16/2019

The 80% Court Release date is when the offender is statutorily eligible for early release under ORC 2967.19 by their sentencing court after a recommendation is made by the ODRC.

## Notes

The above information may not contain a complete list of sentencing information for each offender.

The supervision period may not coincide with the current offense, but may reflect the offender's remaining supervision obligation from a previous offense.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to, actions for defamation and invasion of privacy.

Questions concerning the information contained in these documents should be sent via the U.S. Mail to Ohio Department of Rehabilitation and Correction, Attn: Central Records, 770 West Broad Street, Columbus, OH 43222.

**DEFENDANTS' EXHIBIT A**