# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| RANDY OLIVER, | : |
| | : Case No. 2:19-cv-619 |
| Plaintiff, | : |
| | : Judge Marbley |
| v. | : |
| | : Magistrate Judge Jolson |
| DAVID GRAY, et al., | : |
| | : |
| Defendants. | : |

## DEFENDANTS' NOTICE OF DEPOSITION

Please take notice that, pursuant to Fed. R. Civ. P. 30(b), counsel for Defendants will take the deposition upon oral examination of Plaintiff Randy Oliver. Plaintiff Oliver has agreed to the date, location, and time. The deposition will begin at 11:00 A.M., on December 4, 2019, at the Ohio Attorney General's Office, Criminal Justice Section, 150 E. Gay Street, 16th Floor, Columbus, Ohio 43215 and will be recorded by stenographic means. The deposition will be taken before an officer authorized to administer oaths in the State of Ohio and will adjourn from day-to-day until complete.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

s/ Mindy Worly
Mindy Worly (0037395)
Principal Assistant Attorney General
Criminal Justice Section
150 East Gay St., 16th Floor
Columbus, Ohio 43215
Tel: (614) 728-0161/Fax: 866-474-4985
Mindy.worly@ohioattorneygeneral.gov

*Trial Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Defendants' Notice of Deposition* has been electronically filed on November 15, 2019 and has been served upon pro se Plaintiff at the below address via overnight delivery and/or U.S. Mail.

Randy Oliver
11115 Cheyenne Trail, Apt. 204
Parma Heights, OH 44130

s/ Mindy Worly
Mindy Worly (0037395)
Principal Assistant Attorney General